UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIB & Co., Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Bethel International,<br><br>Defendants. | Case No.: 1:26-cv-01780-LDH-LKE<br><br>Date of Service: October 26, 2026 |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the supporting declarations of Leo M. Lichtman and Kenny Eom and exhibits annexed thereto, and the operative pleading herein, Defendant 1193505 Ontario Ltd. d/b/a Bethel International, incorrectly sued as Bethel International ("Bethel") hereby moves before the Honorable LaShann DeArcy Hall, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order dismissing the Complaint of Plaintiff LIB & Co., Inc. ("Plaintiff") in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Scheduling Order as updated on October 9, 2026, Plaintiff's deadline to serve any opposition to the motion is November 16, 2026 and Bethel's reply is due November 25, 2026. Pursuant to the Court's Individual Rule III.B.3, Bethel intends to file the full set of papers via ECF after the motion is fully briefed.

Dated: New York, New York
October 26, 2026

Respectfully submitted,

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/ Leo M. Lichtman
Leo M. Lichtman, Esq.
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: (212) 974-7474
Fax: (212) 974-8474
llichtman@cdas.com

*Attorneys for Defendant 1193505 Ontario Ltd. d/b/a Bethel International*

**CERTIFICATE OF SERVICE**

I, Leo M. Lichtman, hereby certify that a true and correct complete copy of Bethel's Notice of Motion and all documents and exhibits annexed thereto has been served on all counsel of record via email to the email addresses registered with ECF.

/s/ Leo M. Lichtman
Leo M. Lichtman